PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 13 PM 5: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. **RON O. JOHNSON**         Docket No. **2:04CR20218-02**

### Petition on Probation and Supervised Release

   **COMES NOW   MARNIE KLYMAN   PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Ron O. Johnson who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, TN on the 9th day of March, 2005, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall make full financial disclosure as directed by the Probation Office.
2. The defendant shall not acquire any new financial obligations without the permission of the Probation Officer.
3. Third Party Risk notification will be required.
4. The defendant shall participate in substance abuse counseling and treatment as deemed appropriate by the Probation Officer.
5. The defendant shall cooperate in DNA collection as directed by the Probation Officer.
6. The defendant shall pay restitution in the amount of $12,303.00. (Balance: $12,053.00)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

After reviewing Mr. Johnson's monthly income and monthly necessary expenses, it appears that a sum of not less than Fifty Dollars ($50.00) per month is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Ron O. Johnson's restitution payments be set at not less than Fifty Dollars ($50.00) per month.

**ORDER OF COURT**                                  **Respectfully,**

Considered and ordered this  13th  day                  _Marnie Klyman_
of  October, 2005  and ordered filed and                Marnie Klyman
made a part of the records in the above case.           United States Probation Officer

_____                                **Place:** Memphis, Tennessee
United States District Judge
                                                         **Date:** October 7, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-14-05

(68)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CR-20218 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT